UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **8:25-cv-02239-MCS-ACCV** | Date: | February 17, 2026 |
| Title: | *Robert Ornelas v. U.S. Department of Justice* | | |

Present: The Honorable   Angela C. C. Viramontes, United States Magistrate Judge

| | |
|---|---|
| D. Castellanos | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On January 9, 2026, the Court issued its Order Dismissing Complaint with Leave to Amend ("ODLA"). Electronic Case Filing ("ECF No.") 5, ODLA.   The Court also provided Plaintiff with a blank Civil Rights Form and a Voluntarily Dismissal form if either was desired. Plaintiff's First Amended Complaint ("FAC") was due on before January 29, 2026.  To date, Plaintiff has failed to file a FAC within the allotted time and has not requested an extension of time.

Accordingly, on or before **March 3, 2026**, Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff does desires to pursue this action, show good cause in writing, if any exists, why plaintiff has not timely filed with the Court a FAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (c) file a FAC.

Plaintiff is forewarned that failure to pursue either of the options provided may be deemed a further violation of a Court order warranting dismissal and may also be considered additional evidence of a lack of prosecution on Plaintiff's part.

**IT IS SO ORDERED.**